# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-9646 FMO (MRWx) | Date | October 10, 2017 |
|---|---|---|---|
| Title | Rico v. Diaz | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 29.) The motion is accompanied by a statement that indicates that the self-represented Defendants (Enrique and Carmen Diaz) failed to confer in accordance with this Court's Local Rule 37-1. (Docket # 29-2.)

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendants are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>October 20, at 12:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).